**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **IN RE AMERICAN INCOME LIFE INSURANCE CO. AND GLOBE LIFE, INC. DATA BREACH LITIGATION** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:25-CV-00262-LS-DTG** |

**ORDER STAYING CASE**

Before the Court is the joint motion to stay and notice of settlement (Dkt. No. 28). The parties have agreed to settle all claims in this matter and are currently finalizing the settlement agreement and related filings. The parties request a forty-five (45) day stay to finalize and submit the dismissal paperwork. It is **ORDERED** that all unreached deadlines are **STAYED** until February 6, 2026. On or before that date, the parties are **ORDERED** to file the appropriate dismissal paperwork or move for entry of an amended scheduling order.

**SIGNED** this 30th day of December, 2025.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE